IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JESSE B. TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | NO. 3:08-00522 |
| | ) | JUDGE HAYNES |
| CHIEF RONAL SERPAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the motion to dismiss Defendants Jeffrey Tharpe, Ken Bray, Dale Becraft, and Robert Fidler (Docket Entry No. 52) and the motion to dismiss Defendants Ronal Serpas and Duane Phillips (Docket Entry No. 49) are **GRANTED**. The Plaintiff's only remaining claims are against Defendants Jean McCormick and Yannick Dislavries. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

ENTERED this the 11th day of March, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge