RECEIVED
IN CLERK'S OFFICE
JUN 16 2010
U.S. DISTRICT COURT
MID. DIST TENN

SCANNED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF TENNESSEE

| | |
|---|---|
| JESSE B. TUCKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.3:08-0522 |
| ) | |
| METROPOLITAN POLICE ) | |
| DEPARTMENT, et al ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO THE DEFENDANTS "REPLY"

Plaintiff, Jesse B. Tucker, respectfully move this Court for leave to file a response to the Defendants reply. In light of the issues that the Defendants raise in this reply a response to this reply would aid the court in resolving the issues before it and clarify the Plaintiff's position in this matter.

A proposed response memorandum is attached hereto as Exhibit A.

*[handwritten: This motion is GRANTED. /s/ 6-17-10]*

Respectfully submitted,
Jesse B. Tucker
STSRCF Unit:16 Room:17/B
1045 Horsehead Road
Pikeville Tn. 37367