IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESSIE B. TUCKER,<br><br>    Plaintiff,<br><br><br><br>OFFICER JEAN McCORMACK and<br>OFFICER YANNICK DESLAURIES,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   NO. 3:08-0522<br>)   JUDGE HAYNES<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 94) to which Plaintiff has not filed a response/objection, but did file a Certificate of Appealability (Docket Entry No. 97).

After de novo review of the Magistrate Judge's Report and Recommendation and the Plaintiff's objections, the Court **ADOPTS** the Report and Recommendation. Accordingly, the Defendants' motion for judgment of the pleadings (Docket Entry No. 72 are **GRANTED**; Plaintiff's motion for summary judgment (Docket Entry No. 65) is **DENIED**; and Plaintiff's motion to stay (Docket Entry No. 92) is **DENIED as moot**.

The Plaintiff's Certificate of Appealability (Docket Entry No. 97) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the ____8th____ day of September, 2010.

                                                            WILLIAM J. HAYNES, JR.
                                                            United States District Judge